[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order

Appellate case name: Jeffrey O. Olley v. Raamco Tx. Properties

Appellate case number: 01-11-00321-CV

Trial court case number: 926925

Trial court: Co Civil Ct at Law No 2 of Harris County

 The trial court's judgment in the above-referenced case was signed
April 5, 2011. The notice of appeal was filed April 19, 2011. The
appellate record was due to be filed in this Court by June 6, 2011. See
Tex. R. App. P. 35.1. The clerk's record has been filed. The reporter's
record has not been filed. Appellant has been confirmed indigent for
purposes of appellate costs since June 22, 2011. See Tex. R. App. P.
20.1(k), (n); 35.3(b)(3).

 On January 18, 2012, the Court notified the court reporter, Gina
Oliver, that the reporter's record had not been received for filing and
directed that the record be filed no later than February 17, 2012. See
Tex. R. App. P. 35.1, 37.3(a)(1). The Court directed the reporter to
notify the Court by that date if the proceedings were not recorded or if
appellant had not requested that the reporter's record be prepared. See
Tex. R. App. P. 35.3(b)(2). The reporter did not respond.

 The reporter's record has been past due for over a year. Failure
either to file the record or to notify the Court of the status of the
record has caused significant delay in the ability of this Court to resolve
the parties' dispute and to deliver justice in the timely manner expected.

 It is ORDERED that court reporter Gina Oliver file in this Court no
later than 5:00 p.m., Friday, July 13, 2012 either (1) the reporter's
record, with all requested exhibits, or (2) a written statement that the
proceedings were not recorded or that appellant has not requested that a
reporter's record be prepared. No motions for extension of time will be
entertained absent extraordinary circumstances. Failure to comply with this
order may result in the issuance of a show cause order, notice, and service
of citation against Gina Oliver, commanding her to appear before this Court
to show cause why she should not be held in contempt.

Judge's signature: /s/ Chief Justice Sherry Radack

Date: July 2, 2012